# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 08-0081-001) |
| v. : | Hon. Freda L. Wolfson, U.S.D.J. |
| : | |
| : | **ORDER** |
| TYQUAWON DAVIS : | |

This matter having come before the Court on the application of Tyquawon Davis, by his attorney, Andrea D. Bergman, Esq., Assistant Federal Public Defender, for an order authorizing the release of probation records; and for good cause shown,

IT IS ON this 16th day of June, 2008,

ORDERED that The United States Probation Department may release all criminal history records obtained in the course of preparing the draft presentence report in the case to the Federal Public Defender's office.

_____
HONORABLE FREDA L. WOLFSON
United States District Judge