UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 11-377(FLW) |
| | | 08-081(FLW) |
| vs. | : | |
| | | Hon. Freda L Wolfson |
| TYQUAWON DAVIS | : | ORDER SETTING CONDITIONS OF RELEASE |

This matter having been opened to the Court upon application of Brian P. Reilly, Esq., counsel for defendant Tyquawon Davis, seeking release upon conditions set by this Court, and Assistant United States Attorney Mary E. Toscano, appearing for the government, and not objecting to the application;

It is ORDERED this 14th day of November, 2016, that the order of detention issued in this case on October 18, 2016 is hereby revoked;

It is further ORDERED, that the defendant shall be released subject to the conditions of supervised released previously imposed;

It is further ORDERED that, pending resolution of the Petition for Violation of Supervised Release before this Court, the defendant, Tyquawon Davis, shall report to the Probation Office weekly in person and as directed by his probation officer.

*Freda L. Wolfson*

HON. FREDA L. WOLFSON
United States District Court Judge